UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| INMATE # CDC# K-43550 | CASE NUMBER |
|---|---|
| HUMBERTO DELGADO PRECIADO, PLAINTIFF(S) v. | CV 06-05748 RGK VBK |
| T. E. VAUGH, J. W. CULTON, ET AL. DEFENDANT(S). | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE |

**IT IS ORDERED** that the complaint **be filed** without prepayment of the full filing fee.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $ _____ must be paid withing thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of your case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915.

_10-6-2006_
Date

_____
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency
☐ Failure to authorize disbursements from prison trust account to pay filing fee
☐ Failure to provide certified copy of trust fund statement for the last six (6) months.
☐ District Court lacks jurisdiction
☐ Immunity as to _____
☐ Legally and/or factually patently frivolous

☐ Other: _____
Comments:

_____
Date

_____
United States Magistrate Judge

IT IS ORDERED that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee is:
☐ GRANTED    ☐ DENIED (See comments above).

_____
Date

_____
United States District Judge